UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-130 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| LEE SOLOMON, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:    Abusive Sexual Contact with a Minor

<u>Date of Detention Hearing</u>:    March 31, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant is charged by complaint with abusive sexual contact with a minor female.

2. Defendant does not have a stable employment and residential history. The case agent believes the defendant "hid out" until charges were filed on a second child molestation charge. The AUSA alleges that law enforcement had some difficulty locating the defendant after his initial arrest and release, and after charges were filed in February 2008. The defendant disputes these contentions.

3. An acceptable residential placement has not been identified for defendant. Those suggested by defendant would not reasonably assure the safety of the community or address the risk of flight.

4. Defendant poses a risk of danger due to the nature of the instant charge and criminal history. He poses a risk of nonappearance due to a history of numerous failures to appear for driving offenses, a sporadic residential and employment history, and some concern that the defendant "hid out" after his initial arrest.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91